■ NIAGARA FALLS URBAN RENEWAL AGENCY, Respondent, v GORGE TERMINAL REALTY CO., INC., et al., Appellants.—Appeal dismissed, without costs, upon stipulation. (Appeal from order of Niagara Supreme Court—condemnation.) Present—Cardamone, J. P., Dillon, Hancock, Jr., Schnepp and Witmer, JJ.